IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID CICERO PUCKETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:09-cv-02223-RBP-RRA |
| JAMES DERRILL McCRAY, | ) ) ) |
| Defendant. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 19, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The plaintiff was advised that he may submit specific written objections to the report within fifteen days. In lieu of filing objections, plaintiff filed a motion to dismiss on November 23, 2009. (Doc. #5).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted, and pursuant to the plaintiff's motion to dismiss (Doc. #5).

A Final Judgment will be entered.

DATED this 10th day of December, 2009.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**